■ In the Matter of ERNEST W. VANN, Petitioner, v BETTY D. FRIEDLANDER, as Judge of the County Court of Tompkins County, et al., Respondents.—Proceeding pursuant to CPLR article 78 (initiated in this court pursuant to CPLR 506 [b] [1]), to prohibit respondents from requiring petitioner to submit to the taking of a blood sample.

Petition dismissed, without costs *(see, Matter of Anonymous,* 76 NY2d 766). Mikoll, J. P., Yesawich, Jr., Levine, Mercure and Crew III, JJ., concur.